IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
JAMES STEPHEN PHILLIPS,        )
JR., and CHERYL PHILLIPS,      )
                               )
    Plaintiffs,                )
                               )   CIVIL ACTION NO.
    v.                         )      2:04cv1129-T
                               )          (WO)
LUELLA A. WILEY and STATE      )
FARM MUTUAL AUTOMOBILE         )
INSURANCE COMPANY,             )
                               )
    Defendants.                )
```

### JUDGMENT

Pursuant to the joint stipulation for dismissal with prejudice (Doc. No. 22), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) This case is dismissed in its entirety with prejudice as to defendant Luella A. Wiley, with the parties to bear their own costs.

(2) This case remains pending as to defendant State Farm Mutual Insurance Company.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 26th day of May, 2005.**

                               /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**