IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JAMES STEPHEN PHILLIPS, JR., and CHERYL PHILLIPS,    ) ) ) | |
| Plaintiffs,  ) | |
| ) | CIVIL ACTION NO. |
| v.   ) | 2:04cv1129-T |
| ) | (WO) |
| LUELLA A. WILEY and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,   ) ) ) ) | |
| Defendants.  ) | |

ORDER

Based upon the representations made on the record on May 31, 2005, to the effect that plaintiffs are citizens of Alabama and defendant State Farm Mutual Automobile Insurance Company was incorporated in Illinois and has its principal place of business in Illinois, it is ORDERED that this court has diversity-of-citizenship jurisdiction.

DONE, this the 1st day of June, 2005.

                    /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE